UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DONALD SHORT (#419043) | CIVIL ACTION |
| VERSUS | |
| JASON FALLON, ET AL. | NO.: 13-00390-BAJ-RLB |

## RULING AND ORDER

On February 3, 2014, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Donald Short's action be dismissed as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(g) and 1915A. (Doc.10, at 8.) Plaintiff alleges, in pertinent part, that he was falsely imprisoned and that his constitutional rights were violated "because he was held in confinement in connection with an investigation into the violation of the terms of his parole, notwithstanding that pending criminal charges levied against him ha[d] been dismissed." (*Id.* at. 2.)

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 10,

at 1.) A review of the record indicates that Plaintiff has not filed an objection to the Magistrate Judge's Report and Recommendation.

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 10)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above captioned matter is **DISMISSED** as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(g) and 1915A.

Baton Rouge, Louisiana, this 12th day of May, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**